IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| BLANE TERRY OBLAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | No. 5:20-cv-00197-GCM |

## ORDER

THIS MATTER IS BEFORE THE COURT on the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case.

IT IS THEREFORE ORDERED that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: August 6, 2021

Graham C. Mullen
United States District Judge